# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TATIANNIA JOHNSON,

        Plaintiff,

v.                                                                        Case No:  6:15-cv-938-Orl-40DAB

OVERDRIVE SYSTEMS II, INC. and
DRIVESTAR FINANCIAL II, INC.,

        Defendants.
_____/

## ORDER

      This cause is before the Court on the Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 26) filed on May 27, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

      After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

      Therefore, it is **ORDERED** as follows:

      1.    The Report and Recommendation filed June 1, 2016 (Doc. 27), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.    The Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 26) is **GRANTED**.

      3.    The settlement is **APPROVED** as a fair and reasonable resolution of a bone fide dispute over FLSA claims.

4.  The case is **DISMISSED with prejudice**.

5.  The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 22, 2016.

                                                        PAUL G. BYRON
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties